FILED
May 11, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ROMMEL ANTOLIN,<br>        Defendant. | Case No. CR.S-08-0318-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROMMEL ANTOLIN, Case No. CR.S-08-0318-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

  X   Bail Posted in the Sum of: $50,000.00

      X   Unsecured Appearance Bond

      \_\_\_ Appearance Bond with Surety

      X   (Other) Conditions as stated on the record.

      \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-11-10   at  2:20pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge