CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226

Attorney for Defendant
ROMMEL ANTOLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S. 08-0318-LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **CONTINUE JUDGMENT AND** |
| ) | **SENTENCING HEARING** |
| ROMMEL ANTOLIN, et al., ) | |
| ) | DATE: February 28, 2012 |
| ) | TIME: 9:15 a.m. |
| Defendant. ) | JUDGE: Lawrence K. Karlton |
| ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, RUSSELL CARLBERG, Assistant United States Attorney, attorney for Plaintiff, and CARL E. LARSON, attorney for defendant, ROMMEL ANTOLIN, that the current judgment and sentencing hearing date of February 14, 2012, be vacated and rescheduled for February 28, 2012, at 9:15 a.m..

　　　　The reason for this continuance is that the matter of loss in mortgage fraud cases is extremely

///

///

1  complex.   Additional time is needed to research this matter and conduct an investigation meeting to

2  determine the exact amount of loss.

Dated: February 6, 2012        Respectfully submitted,

/s/ Carl E. Larson
CARL E. LARSON
Attorney for Defendant
ROMMEL ANTOLIN

BENJAMIN B. WAGNER
Dated: February 6, 2012        United States Attorney

/s/ Carl E. Larson for
RUSSELL CARLBERG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:  February 8, 2012

HONORABLE LAWRENCE K. KARLTON
District Court Judge