UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00318-MCE |
| Plaintiff, | |
| v. | **NON-RELATED CASE ORDER** |
| ROMMEL ANTOLIN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:23-MC-00016-DAD-DB |
| Plaintiff, | |
| v. | |
| ROMMEL ANTOLIN, | |
| Debtor. | |
| FATE THERAPEUTICS, INC., | |
| Garnishee. | |

1

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-MC-00031-WBS-KJN |
| Plaintiff, | |
| v. | |
| ROMMEL ANTOLIN, | |
| Debtor. | |
| DEXCOM, INC., | |
| Garnishee. | |
| _____/ | |

The Court received the Notices of Related Cases filed on January 24, 2023.  See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: January 24, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2