1 PHILLIP A. TALBERT
United States Attorney
2 ROBIN TUBESING
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for the United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00318-DAD-11 |
| 12           Plaintiff, | STIPULATION AND ORDER FOR CONTINUING GARNISHMENT OF WAGES |
| 13      v. | [No Hearing Requested] |
| 14 ROMMEL ANTOLIN, | |
| 15           Debtor. | |
| 16 | |
| 17 REVA MEDICAL, LLC, | |
| 18           Garnishee. | |
| 19 | |

20        The parties, the United States of America ("United States") and the debtor, Rommel Antolin

21 ("Antolin"), agree and stipulate as follows:

22        1.        On February 28, 2012, Antolin was sentenced in this case and ordered to pay a statutory

23 assessment of $100 and restitution of $326,622.  As of August 1, 2024, Antolin owes $228,008.

24        2.        The United States seeks to enforce the restitution.  A writ of garnishment is an authorized

25 remedy under the Federal Debt Collection Procedures Act to recover a judgment on a debt.  *See* 28

26 U.S.C. § 3001(a)(1).

27        3.        Garnishee, Reva Medical, LLC ("Reva"), has in its possession, custody, and control,

28 property of Antolin; namely, non-exempt disposable earnings.

STIPULATION AND ORDER FOR CONTINUING                    1
GARNISHMENT OF WAGES

4.      The parties stipulate that the Court should issue an order directing Reva to garnish 20% of Antolin's non-exempt disposable earnings to be applied towards his restitution.

5.      Antolin waives any right to elect an exemption.  *See* 18 U.S.C. § 3613(a)(1), incorporating IRS exemptions found at 26 U.S.C. § 6334(a)(1)-(8), (10), and (12).

6.      Antolin waives service of an Application for Writ of Garnishment and right to a hearing. See 28 U.S.C. § 3205.

7.      Antolin has been told and understands that entering into this voluntary Stipulated Garnishment will not remove his name from being on the Treasury Offset Program.

8.      In addition to the wage garnishment, Antolin agrees to pay a lump sum of $5,000 by September 1, 2024, and $3,000 by October 1, 2024.

9.      After satisfaction of the restitution balance, the parties agree that Reva should direct the ongoing garnished funds to a previously awarded litigation surcharge.[1]

10.     The parties agree and stipulate to the entry of this order.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
United States Attorney

Dated: 8/07/2024                                        By: /s/*Robin Tubesing*
                                                       ROBIN TUBESING
                                                       Assistant United States Attorney

FOR THE DEFENDANT:

Dated: 8/07/2024                                        By: /s/*Rommel Antolin*
                                                       ROMMEL ANTOLIN, in pro per

---

[1] The litigation surcharge was awarded in favor of the United States in the amount of $31,353.76 on May 12, 2023, in case number 2:23-MC-00031-WBS-KJN.

STIPULATION AND ORDER FOR CONTINUING
GARNISHMENT OF WAGES

2

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation and Order for Continuing Garnishment of Wages, and for good cause appearing, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1.      Garnishee, Reva Medical, LLC, shall pay the Clerk of the United States District Court 20% of Rommel Antolin's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

2.      Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:08-CR-00318-DAD-11) shall be stated on the payment instruments.

3.      Additionally, Rommel Antolin shall make a lump sum payment of $5,000 on or before September 1, 2024, and a $3,000 lump sum payment on or before October 1, 2024.  The payments shall be made as set out in paragraph 2 above.

4.      After satisfaction of the restitution balance, Garnishee Reva Medical, LLC, shall direct ongoing garnished funds to the United States, to be applied to the previously court-approved litigation surcharge awarded in the amount of $31,353.76.  The United States shall inform Garnishee Reva Medical, LLC, of the payment instructions for the litigation surcharge after the restitution is paid in full.

IT IS SO ORDERED.

Dated:   **August 9, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUING
GARNISHMENT OF WAGES

3